B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Steven W. Sutherland
       Lana J. Sutherland
                            Debtor(s)

Case No. _____
Chapter  7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ___74.75___ Check one    ☐ With the filing of the petition, or
                              ■ On or before __10/14/11__

   $ ___74.75___ on or before __11/11/11__

   $ ___74.75___ on or before __12/09/11__

   $ ___74.75___ on or before __1/06/12__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __September 15, 2011__            Signature  /s/ Steven W. Sutherland
                                                  Steven W. Sutherland
/s/ David L. Davitt                               Debtor
Attorney for Debtor(s)
David L. Davitt 6206402
Schlueter Ecklund
4023 Charles St.
Rockford, IL 61108                     Signature  /s/ Lana J. Sutherland
815 229-5333                                      Lana J. Sutherland
Fax: 815-229-0733                                 Joint Debtor
ddavitt@rockriverlaw.com

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  Steven W. Sutherland
     Lana J. Sutherland _____   Case No. _____
                                      Debtor(s)   Chapter   7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one    ☐ With the filing of the petition, or
                                        ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                      BY THE COURT

Date _____   _____
                                                                *United States Bankruptcy Judge*